UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. ANGLEA, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01456-JLT (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CLAIMS AND DEFENDANTS**<br><br>14-DAY DEADLINE<br><br>Clerk of the Court to assign a District Judge |

  On July 14, 2020, the Court screened Plaintiff's first amended complaint and found that it states cognizable claims against Defendant Anglea in his individual capacity, but not against Defendants Toubeaux or Voong. (Doc. 12.) The Court further found that the complaint's equal protection, retaliation, and official-capacity claims were not cognizable. (*Id.*) The Court therefore directed Plaintiff to file a second amended complaint curing the deficiencies in his pleading or to notify the Court that he wishes to proceed only on the claims found cognizable. (*Id.* at 11-12.)

  On September 8, 2020, Plaintiff filed a notice "that he wishes to proceed only on the claims found cognizable by the court." (Doc. 15.) Accordingly, and for the reasons set forth in the Court's screening order (Doc. 12), the Court RECOMMENDS that:

    1. Defendants Toubeaux and Voong be DISMISSED; and,

    2. Plaintiff's claims against Defendants Toubeaux and Voong and his equal protection, retaliation, and official-capacity claims be DISMISSED.

1 The Court DIRECTS the Clerk of the Court to assign a district judge to this action.

2 These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **September 10, 2020**               **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

2