UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEJANDRO MADRID,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>H. ANGLEA, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01456-NONE-JLT (PC)<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS AND DIRECTING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**<br><br>21-DAY DEADLINE |
|---|---|

　　　　On July 14, 2020, the Court screened Plaintiff's first amended complaint and found that it states cognizable claims against Defendant Anglea in his individual capacity, but not against Defendants Toubeaux or Voong. (Doc. 12.) The Court further found that Plaintiff's equal protection, retaliation, and official-capacity claims were not cognizable. (*Id.*) The Court therefore directed Plaintiff to file a second amended complaint curing the deficiencies in his pleading or to notify the Court that he wishes to proceed only on the claims found cognizable. (*Id.* at 1, 11-12.)

　　　　On September 8, 2020, Plaintiff filed a notice "that he wishes to proceed only on the claims found cognizable." (Doc. 15.) Accordingly, the Court issued findings and recommendations on September 10, 2020, recommending that (1) Defendants Toubeaux and Voong be dismissed and (2) Plaintiff's equal protection, retaliation, and official-capacity claims be dismissed. (Doc. 17.)

///

On September 30, 2020, Plaintiff filed objections to the findings and recommendations. (Doc. 20.) The Court interprets Plaintiff's objections as indicating that he did not intend to dismiss the claims the Court found incognizable.

Accordingly, the Court WITHDRAWS its findings and recommendations (Doc. 17) and DIRECTS Plaintiff, **within 21 days** of the date of service of this order, to file a second amended complaint curing the deficiencies identified in the Court's July 14, 2020 screening order (Doc. 12). As stated in the screening order, this is Plaintiff's <u>final opportunity</u> to amend.

Defendants need not file a responsive pleading until after the Court has screened Plaintiff's second amended complaint and directed Defendants to respond.

IT IS SO ORDERED.

Dated: **October 2, 2020**           /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE