UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID,<br><br>        Plaintiff,<br><br>    v.<br><br>H. ANGLEA, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01456-NONE-JLT (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CLAIMS AND DEFENDANTS**<br><br>14-DAY DEADLINE |

On July 14, 2020, the Court screened Plaintiff's first amended complaint and found that it states cognizable claims against Defendant Anglea in his individual capacity, but not against Defendants Toubeaux or Voong. (Doc. 12.) The Court further found that the complaint's equal protection, retaliation, and official-capacity claims were not cognizable. (*Id.*) The Court therefore directed Plaintiff to file a second amended complaint curing the deficiencies in his pleading or to notify the Court that he wishes to proceed only on the claims found cognizable. (*Id.* at 11-12.)

On September 8, 2020, Plaintiff filed a notice "that he wishes to proceed only on the claims found cognizable by the court." (Doc. 15.) Therefore, the Court issued findings and recommendations, recommending that Defendants Toubeaux and Voong be dismissed, and that Plaintiff's non-cognizable claims be dismissed. (Doc. 17.)

Plaintiff filed objections to the findings and recommendations. (Doc. 20.) The Court interpreted Plaintiff's objections as indicating that he did not intend to dismiss the claims the

Court had found incognizable, and thus it withdrew its findings and recommendations and directed Plaintiff to file a second amended complaint. (Doc. 21.)

On November 13, 2020, Plaintiff filed a response to the order, stating that he "misinterpreted" the Court's screening order, and that he "reasserts that he wishes to proceed only on the claims found cognizable by the Court against Defendant Anglea." (Doc. 23.) Accordingly, and for the reasons set forth in its screening order (Doc. 12), the Court **RECOMMENDS** that:

1. Defendants Toubeaux and Voong be **DISMISSED**; and,
2. Plaintiff's claims against Defendants Toubeaux and Voong and his equal protection, retaliation, and official-capacity claims be **DISMISSED**.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **November 17, 2020**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE