UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID,<br><br>    Plaintiff,<br><br>    v.<br><br>H. ANGLEA, et al.,<br><br>    Defendants. | No. 1:19-cv-01456-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 24) |

    Plaintiff Alejandro Madrid is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 15, 2020, the assigned magistrate judge filed a screening order, finding that plaintiff's first amended complaint (Doc. No. 11) states cognizable claims against Defendant Anglea in his individual capacity, but that its official-capacity, equal protection, and retaliation claims were not cognizable. (Doc. No. 12). The magistrate judge further found that the complaint failed to state a cognizable claim against Defendant Toubeaux or Defendant Voong. (*Id.*) The magistrate judge directed plaintiff to file a second amended complaint curing the deficiencies in his pleading or to notify the court that he wishes to proceed only on the claims found cognizable. (*Id.* at 11-12.)

///

On September 8, 2020, plaintiff filed a notice "that he wishes to proceed only on the claims found cognizable by the court." (Doc. No. 15.) After the magistrate judge issued and then withdrew findings and recommendations to dismiss the non-cognizable claims (Doc. Nos. 17, 21), plaintiff filed a second notice "reassert[ing] that he wishes to proceed only on the claims found cognizable … against Defendant Anglea." (Doc. No. 23.)

Accordingly, on November 18, 2020, the magistrate judge filed findings and recommendations, recommending that (1) Defendants Toubeaux and Voong be dismissed, and (2) plaintiff's claims against Defendants Toubeaux and Voong as well as his official-capacity, equal protection, and retaliation claims be dismissed. (Doc. No. 24.) The findings and recommendations were served on plaintiff and provided him 14 days to file objections thereto. (*Id.* at 2.)

After receiving an extension of time to file objections (Doc. No. 26), plaintiff filed a third notice "of his desire to proceed only on the claims found cognizable by the Court." (Doc. No. 27.) The court construes this filing as a statement of no objection to the magistrate judge's findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, including plaintiff's statement of no objection, the court finds the findings and recommendations to be supported by the record and proper analysis.

/////
/////
/////
/////
/////
/////
/////
/////
/////

2

Accordingly,

1. The findings and recommendations issued on November 18, 2020 (Doc. No. 24) are adopted in full;
2. Defendants Toubeaux and Voong are dismissed;
3. Plaintiff's claims against Defendants Toubeaux and Voong and his official-capacity, equal protection, and retaliation claims are dismissed; and,
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 24, 2021**                    /s/ Dale A. Drozd
                                                 UNITED STATES DISTRICT JUDGE