UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>H. ANGLEA, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01456-NONE-JLT (PC)<br><br>**ORDER EXTENDING THE DEADLINE FOR THE DEFENDANTS TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. 39) |

　　　　On March 25, 2021, the Court stayed this case and referred it to alternative dispute resolution. (Doc. 32.) On May 5, 2021, the Court lifted the stay and issued a discovery and scheduling order. (Docs. 36-37.) The discovery cutoff date is October 5, 2021. (Doc. 37 at 3.)

　　　　On May 11, 2021, Plaintiff filed a document titled, "Opposition to Defendant's Answer to Complaint; Demand for Jury Trial and/or Motion for Summary Judgment." (Doc. 39.) Defendant opposes the motion for summary judgment, to extent Plaintiff sought to file such a motion, in part because it is premature. (Doc. 43.)

　　　　The Court agrees that the plaintiff filed his motion for summary judgment improperly while the stay was in place. According to the proof of service, Plaintiff submitted the motion to prison officials prior to May 5, 2021, (*see* Doc. 39 at 11), which is while this case was still stayed. Thus, the motion violated the stay order. (*See* Doc. 32 at 2). In addition, the motion was entered on the docket only 6 days after discovery opened. Consequently, Defendant has had "insufficient

time . . . to conduct any discovery . . . into [Plaintiff's] claims and to develop an appropriate record to oppose the motion." (Doc. 43 at 2; *see also* Doc. 43-1.) Thus, according to Fed.R.Civ. P. 56(d), the Court **ORDERS:**

1. The defense SHALL file an opposition or notice of non-opposition to the motion for summary judgment, no later than October 5, 2021.

IT IS SO ORDERED.

Dated: **July 13, 2021**     \_ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE