UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO MADRID,<br><br>        Plaintiff,<br><br>    v.<br><br>H. ANGLEA,<br><br>        Defendant. | Case No. 1:19-cv-01456-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY AND MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 48) |

    Defendant has filed a motion to stay discovery and to vacate the discovery and dispositive-motion deadlines and the deadline to respond to Plaintiff's pending merits-based motion for summary judgment, until after the Court rules on Defendant's pending exhaustion-based motion for summary judgment. (Doc. 48.) The time for Plaintiff to file an opposition or a statement of non-opposition to Defendant's motion to vacate these deadlines and to stay discovery has not yet passed, *see* Local Rule 230(l); however, the Court finds neither necessary here.

    Good cause appearing, the Court GRANTS Defendant's motion. (Doc. 48). The Court STAYS discovery in this matter, except for discovery pertaining to exhaustion of administrative remedies, until the Court rules on Defendant's exhaustion-based motion for summary judgment (Doc. 47). The Court VACATES the discovery and dispositive-motion deadlines, as well as the deadline for Defendant to file an opposition to Plaintiff's pending merits-based motion for

summary judgment (Doc. 39), to be reset if appropriate. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:   **August 10, 2021**                              _ **/s/ Jennifer L. Thurston**
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE